FILED

2008 Mar-26  AM 11:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **RONNIE TOTTEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 07-PWG-557-S** |
| | ) |
| **SLOSS INDUSTRIES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on February 22, 2008, recommending that this action be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2).  The parties were directed to Rule 72, *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the action is due to be **DISMISSED** as frivolous.  A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 26th day of March, 2008.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge